**DISMISS and Opinion Filed January 26, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-22-00909-CV

---

## K&K ENTERPRISES, LLC, GARY KELLEY, CHERYL KELLEY AND HENRY KELLEY,, Appellants
## V.
## PRESTON PARKER CROSSING, LTD., Appellee

---

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01239-2021**

---

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The filing fee and clerk's record in this case have not been filed. By postcard September 15, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By order dated October 12, 2022, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification by October 24, 2022 that they had either paid for or made arrangements to pay for the record. By order dated November 7, 2022, we granted appellants'

counsel's motion to withdraw and extended the time to provide notification of payment or arrangements to pay for the clerk's record until December 19, 2022. We again cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, appellants have not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220909F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

K&K ENTERPRISES, LLC, GARY
KELLEY, CHERYL KELLEY AND
HENRY KELLEY,, Appellants

No. 05-22-00909-CV       V.

PRESTON PARKER CROSSING,
LTD., Appellee

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-01239-
2021.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 26, 2023